```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20835
     JAMES J CHANDLER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-9215


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/07/2007 and was not confirmed.

     The case was dismissed without confirmation 02/27/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
BENEFICIAL                 UNSECURED           7181.38          .00             .00
WELLS FARGO FINANCIAL IL   UNSECURED           1276.59          .00             .00
WELLS FARGO FINANCIAL IL   UNSECURED           1217.48          .00             .00
LITTON LOAN SERVICING      CURRENT MORTG         .00            .00             .00
LITTON LOAN SERVICING      MORTGAGE ARRE      25000.00          .00             .00
CITIFINANCIAL              CURRENT MORTG         .00            .00             .00
CITIFINANCIAL              MORTGAGE ARRE      10000.00          .00             .00
COMMUNITY SPECIALTY RIVE   SECURED             1200.00          .00          100.00
INTERNAL REVENUE SERVICE   NOTICE ONLY       NOT FILED          .00             .00
ALLIANCE ONE               UNSECURED         NOT FILED          .00             .00
ALLIED INTERSTATE          UNSECURED         NOT FILED          .00             .00
CAINE & WEINER CO INC      UNSECURED         NOT FILED          .00             .00
CHASE                      UNSECURED         NOT FILED          .00             .00
ENCORE RECEIVABLE MANAGE   UNSECURED         NOT FILED          .00             .00
RETAIL SERVICES            UNSECURED         NOT FILED          .00             .00
AMERICAN EXPRESS CENTURI   UNSECURED           4849.91          .00             .00
INTERNAL REVENUE SERVICE   PRIORITY            5947.04          .00             .00
PHILIP A IGOE              DEBTOR ATTY           .00                            .00
TOM VAUGHN                 TRUSTEE                                             6.84
DEBTOR REFUND              REFUND                                          1,293.16

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  1,400.00

PRIORITY                                              .00
SECURED                                            100.00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                 6.84
DEBTOR REFUND                                    1,293.16
                         --------------    --------------
TOTALS                   1,400.00               1,400.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20835 JAMES J CHANDLER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```